EVA HILL v. THE STATE.

No. 6398. Decided October 19, 1921.

**Robbery—Reforming Judgments—Practice on Appeals.**

Where, upon appeal from a conviction of robbery, the judgment confines defendant for the full period of eight years in the penitentiary, the same is now here reformed to confinement in the state penitentiary for a period of not less than five nor more than eight years. Following Cole v. State, 73 Texas Crim. Rep., 457.

Appeal from the Criminal District of Tarrant. Tried below before the Honorable Geo. E. Hosey.

Appeal from a conviction of robbery; penalty, eight years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

·R. H. Hamilton, Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—Conviction is for robbery. The indictment is regular; and we have before us neither statement of facts nor bill of exceptions.

The judgment is irregular. in that it orders appellant's confinement in the penitentiary for the full period of eight years. It should condemn her to confinement in the state penitentiary for a period of not less than five nor more than eight years, and it will be so reformed and affirmed. See Cole v. State, 73 Texas Crim. Rep., 457, and other cases listed in Vernon's Texas Crim. Statutes, vol. 2, p. 857.

*Affirmed and reformed.*